ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415)729-9006
Facsimile: (415)729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>MC CONSTRUCTION SERVICES, INC., a California corporation,<br><br>Defendant. | NO. C 11 1423 LB<br><br>AMENDED JUDGMENT PURSUANT TO STIPULATION |

It appearing that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, through their attorneys, and defendant, MC CONSTRUCTION SERVICES, INC., a California corporation, have Stipulated that plaintiffs have and recover judgment from Defendant and it appearing that the

Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $132,936.58,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs have and recover judgment from defendant in the amount of $132,936.58, which is composed of the following:

a. Contributions due and unpaid to Plaintiff Trust Funds for January 2012 through October 2012 in the amount of $95,402.49;

b. Liquidated damages due and unpaid to the Plaintiff Trust Funds for November 2010 through October 2012 in the amount of $34,802.26;

c. Interest due pursuant to contract in the amount of $2,381.83 plus such amount as may be computed at the end of the payment plan set forth below; and

d. Costs of suit incurred in this action in the amount of $350.00.

IT IS FURTHER ORDERED AND ADJUDGED that execution will not issue on the judgment so long as defendant fully complies with the following conditions:

1. Defendant shall make payments of all ongoing amounts to become due to the ROOFERS LOCAL UNION NO. 81 AREA TRUST FUNDS pursuant to contract between defendant and Roofers Local Union 81 for hours worked by defendant's employees, commencing with payment for November 2012, hours due on or before December 30, 2012 and continuing until the full amount of this judgment is paid. Each of said payments will be made by check payable to ROOFERS LOCAL UNION NO. 81 AREA TRUST FUND and sent to the post office box on the report form.

2. Defendant shall pay the amount of the contributions under paragraph (a) in the amount of $95,402.49 in monthly installment

payments as follows: For 4 months the sum of $1,000 each; for the next 4 months $2,000 each; thereafter the sum of $4,250.00 until the entire contribution sum has been paid. The first installment is due December 30, 2012 and each subsequent installment shall be paid on the 30th of each month thereafter until the entire contribution amount has been paid. Said installment payments will be made by check payable to the ROOFERS LOCAL UNION NO. 81 AREA TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 231, Sausalito, CA 94965, Attention: Michael Carroll.

3. If the above amount of $95,402.49 plus interest is paid in full, the Delinquency Committee for Plaintiff Trust Funds shall automatically waive recovery of the liquidated damages. If defendant is not eligible for a complete waiver of the amounts due under paragraphs (b), defendant shall make payment on the remaining balance of $37,534.09, plus interest in as many additional monthly installments of $4,250.00 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds. The first payment would be due after notification of the Trust Funds' decision, with payments continuing each month thereafter.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of the stipulation, execution on the entire judgment in the amount of

$132,936.58 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant and Defendant's counsel that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

Dated: December 18, 2012

Magistrate Judge Laurel Beeler